UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHANIE LUECKEL,<br>on behalf of herself<br>and all other similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION, ATI<br>TECHNOLOGIES, INC. and<br>ADVANCED MICRO DEVICES,<br><br>    Defendants. | §§§§§§§§§§§§§§   Case No. 07-CA-10300-WGY<br><br>**CORPORATE DISCLOSURE STATEMENT** |

  Defendant Nvidia Corporation ("Nvidia") hereby makes the disclosures required by Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts:

  Parent Corporation:  None

  Publicly-held companies owning more than 10% of Nvidia's stock:  None.

                **NVIDIA CORPORATION**

                By its attorneys,

                /s/ Sarah P. Kelly
                Kathryn Conde (BBO # 634647)
                Sarah P. Kelly (BBO #664267)
                NUTTER, McCLENNEN & FISH LLP
                World Trade Center West
                155 Seaport Boulevard
                Boston, MA 02210
Dated:  March 13, 2007        (617) 439-2000

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 13, 2007.

Dated: March 13, 2007          /s/ Sarah P. Kelly  
                                             Sarah P. Kelly

1597688.1