UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHANIE LUEKEL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION; ATI TECHNOLOGIES, INC., and ADVANCED MICRO DEVICES, INC.,<br>Defendants, | )<br>)<br>)<br>) <u>C.A. No.: 07CA10300WGY</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF PROOF OF SERVICE OF PROCESS
### ON DEFENDANT NVIDIA CORPORATION

I, Garrett J. Bradley, attorney for plaintiffs, herein under oath depose and say that a class-action complaint was instituted against defendant, NVIDIA CORPORATIION on February 16, 2007. On March 3, 2007 a summons, a copy of the class-action complaint, civil action cover sheet and category sheet in the above-entitled were mailed by certified mail, return receipt requested, article number 7005 0390 0006 0004 4699 to Defendant's agent, STEPHEN HILLIER PETTIGREW, NVIDIA CORPORATION, 2701 SAN TOMAS EXPRESSWAY, SANTA CLARA, CA 95050. The return receipt, dated March 9, 2007 signed was returned and is attached hereto.

Signed this 19th day of April, 2007 at Boston, Massachusetts.

Garrett J. Bradley, #629240

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                                      April 19, 2007


    Then personally appeared before me the above-named Garrett J. Bradley and made oath that the above statements are true to the best of his knowledge and belief.

                                                              Joan Silvio, Notary Public
                                                              My Commission Expires: 8/15/08

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

Stephanie Lueckel

**SUMMONS IN A CIVIL ACTION**

V.

Nvidia Corporation; ATI Technologies, Inc;
and Advanced Micro Devices, Inc.,

CASE NUMBER:

## 07 CA 10300 WGY

TO: (Name and address of Defendant)
Stephen Hillier Pettigrew Agent for service for
Nvidia Corporation
2701 San Tomas Expressway
Santa Clara, CA  95050

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Garrett Bradley, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA  02110
(617) 720-1333

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

MAR - 1 2007

CLERK                                                 DATE

(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Stephen Allen Pellegrino
   Nidia Corporation
   2701 San Tomas Expressway
   Santa Clara, CA
   95050

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): John Wenner
C. Date of Delivery: 3/9/07

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):
   7005 0390 0006 0007 4699

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540