UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHANIE LUEKEL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION; ATI TECHNOLOGIES, INC., and ADVANCED MICRO DEVICES, INC.,<br>Defendants, | )<br>)<br>)<br>) <u>C.A. No.: 07CA10300WGY</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF PROOF OF SERVICE OF PROCESS ON DEFENDANT ADVANCED MICRO DEVICES

I, Garrett J. Bradley, attorney for plaintiffs, herein under oath depose and say that a class-action complaint was instituted against defendant, ADVANCED MICRO DEVICES on February 16, 2007. On March 3, 2007 a summons, a copy of the class-action complaint, civil action cover sheet and category sheet in the above-entitled were mailed by certified mail, return receipt requested, article number 7005 0390 0006 0004 4705 to Defendant's agent, CT CORPORATION 818 WEST SEVENTH STREET, LOS ANGELES, CA 90017. The return receipt, dated March 9, 2007 signed by Rudy Revera, was returned and is attached hereto.

Signed this 19th day of April, 2007 at Boston, Massachusetts.

Garrett J. Bradley, #629240

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                              April 19, 2007

    Then personally appeared before me the above-named Garrett J. Bradley and made oath that the above statements are true to the best of his knowledge and belief.

                                        Joan Silvio, Notary Public
                                        My Commission Expires: 8/15/08

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Stephanie Lueckel

**SUMMONS IN A CIVIL ACTION**

V.
Nvidia Corporation, ATI Technologies, Inc;
and Advanced Micro Devices, Inc.

CASE NUMBER:

## 07 CA 10300 WGY

TO: (Name and address of Defendant)

CT Corporation System Agent for service for
Advanced Micro Devices, Inc.
One AMD Place
P.O. Box 3453
Sunnyvale, CA 94088-3453

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Garrett J. Bradley, Esquire
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON     MAR - 1 2007

CLERK     DATE

(By) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Rudy Rivera_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Rudy Rivera  3-9-07 |
| 1. Article Addressed to:<br>CT Corporation<br>818 West Seventh Street<br>Los Angeles, CA<br>90017 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7005 0390 0006 0004 4705 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |