UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Clerk's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Ma 02210
617-748-9152

TO: Richard W. Wieking - Clerk  　　　　Our Case No.: 07cv10300-WGY
　　USDC - Northern District of California
　　405 Golden Gate Avenue  　　　　　　Case Caption: Lueckel v. NVIDIA Corporation
　　San Francisco CA 94102

Please be advised that this case has been transferred to: USDC - Northern District of California

Attached please find a copy of the INTERNAL docket sheet and a copy of the transfer order.

Following are instructions for retrieving the electronic case filings:

- Go to the Court's web site - www.mad.uscourts.gov
- Select Case Information and Click on CM/ECF - Pacer System
- At login type: your court's PACER login and password
  - Skip "Client Code". Click login

- Once you are into CM/ECF, to print the public docket sheet click:
  - Reports, Docket Sheet, Type in Case number and Run Report and then print

- To save the docket as a PDF file, go to print and change the printer to Acrobat Writer/Distiller and save as a PDF file to be retrieved later.

- To print each item on the docket sheet click on the underlined document number and print.

- To save a copy of the document to add to your docket, click on the disk icon on the menu bar under the blue CM/ECF menu bar and save as a PDF file in a folder to be retrieved later.
  - If the document does not have an underlined document number or if it does not have a document number at all, then there will be nothing to print. The entry will be just what is printed on the docket sheet.

NOTE: ONCE YOU HAVE RETRIEVED THE NECESSARY INFORMATION PLEASE

E-mail me at Matthew_Paine@mad.uscourts.gov with your court's case information.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Thank You

　　　　　　　　　　　　　　　　　　　　　　　　　　　　By: Matthew A. Paine
Date: June 7, 2007　　　　　　　　　　　　　　　　　　　　Deputy Clerk