CLOSED

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:07-cv-10300-WGY

| | |
|---|---|
| Lueckel v. NVIDIA Corporation | Date Filed: 02/16/2007 |
| Assigned to: Judge William G. Young | Date Terminated: 06/07/2007 |
| Cause: 15:25 Clayton Act | Jury Demand: Plaintiff |
| | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Stephanie Lueckel**　　　　represented by　**Garrett J. Bradley**
Thornton & Naumes, LLP
100 Summer Street
30th Floor
Boston, MA 02110
617-720-1333
Fax: 617-720-2445
Email: gbradley@tenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NVIDIA Corporation**　　　　represented by　**Sarah P. Kelly**
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
617-439-2461
Fax: 617-310-9461
Email: skelly@nutter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Advanced Micro Devices, Inc.**

**Defendant**

**ATI Technologies, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/2007 | 1 | COMPLAINT against all defendants Filing fee: $ 350, receipt number |

| | | |
|---|---|---|
| | | 1413936, filed by Stephanie Lueckel. (Attachments: # 1 Civil Cover Sheet # 2 Category# 3 Summons# 4 summons# 5 Summons)(Bradley, Garrett) (Entered: 02/16/2007) |
| 02/20/2007 | | ELECTRONIC NOTICE of Case Assignment. Judge William G. Young assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Sorokin (Nici, Richard) (Entered: 02/20/2007) |
| 03/01/2007 | | Summons Issued as to NVIDIA Corporation, Advanced Micro Devices, Inc., and ATI Technologies, Inc.. (Paine, Matthew) (Entered: 03/01/2007) |
| 03/13/2007 | 2 | Assented to MOTION for Extension of Time to 30 days after order resolving JPML Motion and filing and service of any subsequent consolidated complaint to Respond to Complaint by NVIDIA Corporation.(Kelly, Sarah) (Entered: 03/13/2007) |
| 03/13/2007 | 3 | CORPORATE DISCLOSURE STATEMENT by NVIDIA Corporation. (Kelly, Sarah) (Entered: 03/13/2007) |
| 03/15/2007 | | Judge William G. Young : Electronic ORDER entered GRANTING 2 Assented to MOTION for Extension of Time to 30 days after order resolving JPML Motion and filing and service of any subsequent consolidated complaint to Respond to Complaint. "CASE ORDERED ADMINISTRATIVELY CLOSED" (Paine, Matthew) (Entered: 03/15/2007) |
| 03/15/2007 | | Civil Case Administratively Closed. (Paine, Matthew) (Entered: 03/15/2007) |
| 04/16/2007 | 4 | PROOF OF SERVICE Executed by Stephanie Lueckel. ATI Technologies, Inc. served on 3/13/2007. (Paine, Matthew) (Entered: 04/17/2007) |
| 04/19/2007 | 5 | AFFIDAVIT OF SERVICE Executed by Stephanie Lueckel. NVIDIA Corporation served on 3/9/2007, answer due 3/29/2007. Acknowledgement filed by Stephanie Lueckel. (Bradley, Garrett) (Entered: 04/19/2007) |
| 04/19/2007 | 6 | AFFIDAVIT OF SERVICE Executed by Stephanie Lueckel. Advanced Micro Devices, Inc. served on 3/9/2007, answer due 3/29/2007. Acknowledgement filed by Stephanie Lueckel. (Bradley, Garrett) (Entered: 04/19/2007) |
| 05/16/2007 | 7 | Copy of MDL Conditional Transfer Order number 1 in MDL Case 1826 received from the MDL Panel. (Jones, Sherry) (Entered: 05/16/2007) |
| 06/05/2007 | 8 | Certified copy of MDL Conditional Transfer Order number (CTO - 1) in MDL Case 07-1826 received from the Northern District of California - San Francisco requesting transfer of case for consolidated pretrial proceedings. (Paine, Matthew) (Entered: 06/07/2007) |
| 06/07/2007 | | Case Reopened (Paine, Matthew) (Entered: 06/07/2007) |

| 06/07/2007 | [9](#) | Case transferred to to District of Northern District of California - San Francisco pursuant to Conditional Transfer Order entered by the MDL Panel on May 14, 2007 Certified copy of transfer order and docket sheet sent to the Clerk in that district. (Paine, Matthew) (Entered: 06/07/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/13/2007 17:49:50 | | | |
| **PACER Login:** | us4077 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-10300-WGY |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |